PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Bilal Ward          Cr.: 21-00880-001
         PACTS #: 4565923

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM J. MARTINI
         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/17/2022

Original Offense:    Possession of a Firearm and Ammunition by a Convicted Felon- 18 U.S.C. Sec 922(g)(1)- a Class C Felony

Original Sentence: 36 months imprisonment, 3 years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment; Consent to Search; Life Skills/Education; Motor Vehicle Compliance; Mental Health Treatment

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/24/2024

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1          The individual under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

         On August 6, 2024, Bilal Ward tested positive for the use of marijuana and alcohol.

U.S. Probation Officer Action:

Following the positive test on August 6, 2024, Ward admitted to drinking alcohol and smoking marijuana. The individual under supervision advised he did not know the use of alcohol was prohibited. Ward was read the condition of his supervision pertaining to alcohol use, and he was told no further use is permitted.

Prob 12A – page 2
Bilal Ward

Ward was verbally reprimanded for the marijuana use and reminded that marijuana remains a federally illicit substance. Ward acknowledged the same.

Ward is a member of the District of New Jersey's reentry program, ReNew. As a result, he has been referred to mental health assessment at Oaks Integrated in Montclair. The undersigned will discuss Ward's marijuana use with his therapist to determine if any substance abuse treatment is needed. Additionally, the use of marijuana was discussed with ReNew, and Ward's credits were negatively impacted.

The probation office will continue to monitor Ward's use of substances and his compliance with treatment, and the Court will be updated accordingly.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  MICHAEL L. LIEBES
Senior U.S. Probation Officer

/ mll

APPROVED:

_____  08/26/2024
CARRIE H. BORONA           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

9/3/24
_____
Date